# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT S. FINARELLI, III, Co-executor of The ESTATE OF ALBERT S. FINARELLI, JR., and KATHLEEN FINARELLI, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, OSBORN & BARR COMMUNICATIONS, INC., and OSBORN & BARR HOLDINGS, INC., <br><br> Defendants. | : CIVIL ACTION NO. 3:19-CV-178 <br> :(JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 19TH DAY OF SEPTEMBER 2019**, upon consideration of Defendants' Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motions to Dismiss Plaintiff's Petition for Lack of Personal Jurisdiction, or, in the Alternative, for Failure to State a Claim (Doc. 6) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motions to Dismiss Plaintiff's Petition for Lack of Personal Jurisdiction, or, in the Alternative, for Failure to State a Claim (Doc. 6) are **GRANTED**;

2. Defendants Osborn & Barr Communications, Inc., and Osborn & Barr Holdings, Inc., are **DISMISSED** as Defendants in this action for lack of personal jurisdiction;

3. All claims against Defendants Osborn & Barr Communications, Inc., and Osborn & Barr Holdings, Inc., contained in the Complaint (Doc. 2 at 6-37) are **DISMISSED**.

_____
Robert D. Mariani
United States District Judge